# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HE GROUP, INC., | : | Civil No. 1:20-CV-00132 |
| Plaintiff, | : | |
| v. | : | |
| BOROUGH OF MIDDLETOWN and AL GEOSITS, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of March, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' motion to dismiss and/or strike (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the status conference scheduled for **March 18, 2021 at 1:30 p.m.** shall proceed as scheduled. The conference will be by telephone. Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel on or before **March 16, 2021**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania